IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

**AMY GIERTZ**

Plaintiff,

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**

Defendant.

---

**DEFENDANT'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441 and 1446**

---

Defendant State Farm Mutual Automobile Insurance Company (hereinafter referenced as "State Farm"), through counsel Spies, Powers & Robinson, P.C., submits this Notice of Removal of Action Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and in support thereof, states as follows:

1. Defendant State Farm seeks to remove this case under 28 U.S.C. §1332 based on the diversity of citizenship between the parties. Pursuant to §1332, the federal court has original subject matter jurisdiction when: (i) the defendant is diverse in citizenship from the plaintiff; and (ii) the plaintiff's claim entails an amount in controversy in excess of $75,000. *Baker v. Sears Holdings Corp.*, 557 F. Supp. 2d 1208, 1211 (D. Colo. 2007). When a case satisfying these criteria is brought in a state court, the defendant may move the action to federal court by filing a notice of removal. *Id.*

2. Plaintiff Amy Giertz filed a Complaint and Jury Demand in the Colorado District Court of The City and County of Denver. That action is styled as *Amy Giertz v. State Farm Mutual*

*Automobile Insurance Company*, City and County of Denver District Court Case No. 18-CV-32032. A copy of the Complaint and Jury Demand is attached hereto as Exhibit A.  The Complaint alleges three claims for relief including breach of contract, bad faith breach of insurance contract, and statutory delay or denial in violation of C.R.S. § 10-3-1115 & 10-3-1116.  Exhibit A, Plaintiff's Complaint and Jury Demand at ¶¶27-47.

3. Moreover, the District Court Civil Case Cover Sheet filed by the Plaintiff alleges that the amount in controversy is in excess of $100,000.

4. The case concerns allegations of injuries arising out of a bicycle and motor vehicle accident and the Plaintiff's claim for Underinsured Motorist ("UIM") benefits under a policy of insurance issued to Plaintiff by Defendant State Farm Mutual Automobile Insurance Company. The accident occurred at or near the intersection of W. Alameda Avenue and Garrison Street which is located in Jefferson County, Colorado.

5. Plaintiff resides at 202 Blue Creek Trail, Carbondale, Colorado 81623, which is located in Garfield County, Colorado. *Id.* at ¶1.

6. State Farm Mutual Automobile Insurance Company is an Illinois corporation, with its principal place of business in Bloomington, Illinois.

7. Removal of this action on diversity grounds is proper because the case concerns citizens of different states and the amount in controversy exceeds $75,000.  Based on pre-litigation correspondence from counsel for the Plaintiff, the Plaintiff seeks the full policy limit of $100,000 for UIM benefits and statutory damages under C.R.S. § 10-3-1115 & 10-3-1116 in excess of that. As noted above, the Plaintiff's District Court Civil Case Cover Sheet also affirms that the amount

in controversy exceeds the jurisdictional threshold of $75,000.

    8.    A copy of this Notice of Removal is filed contemporaneously herewith in City and County of Denver District Court Case No. 18-CV-32032.

WHEREFORE, Defendant State Farm Mutual Automobile Insurance Company respectfully removes City and County of Denver District Court Case No. 18-CV-32032 to the United States District Court for the District of Colorado in accordance with 28 U.S.C. §§ 1332, 1441 and 1446.

Respectfully submitted on July 12, 2018,

        **SPIES, POWERS & ROBINSON, P.C.**

        */s/ Brendan O. Powers*

        _____
        Brendan O. Powers, #21401
        Ursula J. Honigman, #49196
        950 South Cherry Street, Suite 700
        Denver, Colorado 80246
        Telephone: (303) 830-7090
        Facsimile:  (303) 830-7089
        Email:  powers@sprlaw.net
               honigman@sprlaw.net
        **Attorneys for Defendant State Farm Mutual Automobile Insurance Company**

## CERTIFICATE OF SERVICE

      I hereby certify that on July 12, 2018, I electronically filed the foregoing Defendant's Notice of Removal of Action Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Stephen J. Burg
Jessica B. Prochaska
David J. Crough
Burg Simpson Eldredge Hersh & Jardine, P.C.
40 Inverness Dr. East
Englewood, Colorado, 80112
sburg@burgsimpson.com
jprochaska@burgsimpson.com
dcrough@burgsimpson.com
*attorneys for Plaintiff*

                                        *s/ Melissa Phillips-Noah*